UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER BUCKENBERGER**                              **CIVIL ACTION**

**versus**                                                **NO. 10-1194**

**BURL CAIN, WARDEN, LSP**                                **SECTION: "A" (3)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

The Court has carefully considered the Confrontation Clause issue with respect to Officer Jarrell's testimony as to the victim's statements to him after the incident.  After reviewing the state court transcript of that testimony, and in light of the eyewitness testimony presented at trial, the Court is persuaded that the magistrate judge correctly concluded that the state courts' decisions holding that there was no Confrontation Clause violation were not objectively unreasonable.  However, the Court will grant petitioner a certificate of appealability as to this issue because his Confrontation Clause rights might very well have been violated even if that violation is not cognizable under the standards applicable to a federal habeas petition.

Accordingly,

**IT IS ORDERED** that the federal petition of **Christopher Buckenberger** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

January 21, 2011

UNITED STATES DISTRICT JUDGE